IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERVIN MUHAREMI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NTP MARBLE, INC. d/b/a | : | NO. 25-1117 |
| COLONIAL MARBLE & GRANITE | : | |

ORDER

AND NOW, this 4th day of December 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant NTP Marble, Inc. for summary judgment (Doc. # 17) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                        J.